## LIKLY & ROCKETT TRUNK CO. v. PROVIDENT MUT. LIFE INS. CO.
### No. 6823.

Circuit Court of Appeals, Sixth Circuit.
Jan. 16, 1936.

---◇--- .

Treadway & Marlatt, of Cleveland, Ohio, for appellant.

Squire, Sanders & Dempsey, of Cleveland, Ohio, for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

In this cause there was no reversible error in directing a verdict for defendant, because it uncontrovertably appears that the policy sued upon lapsed on December 6, 1932; that it could be reinstated only upon proof of insurability, that is, upon proof of good health of the insured; that Davis, the general agent of appellee, was not only unauthorized to waive this express requirement, but, assuming that he was, the acceptance and deposit of the check for $61.65 issued on December 23d, and the receipt issued therefor, did not as a matter of law constitute such waiver, but was a clear mistake made in ignorance of appellee's rights under the policy.

It is therefore ordered and adjudged that the judgment appealed from be, and the same is, affirmed.